IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CIVIL NO. CCB-17-3729 |
| | : | Criminal No. CCB-05-016 |
| MICHAEL BRANCH | : | |

...o0o...

**MEMORANDUM**

On December 15, 2017, federal prison inmate Michael Branch filed his third motion to vacate sentence under 28 U.S.C. § 2255. (ECF No. 145). Branch filed an initial § 2255 motion on January 11, 2010, (ECF No. 76), which was denied on the merits on February 24, 2012, (ECF No. 96). On June 24, 2016 he filed a second motion based on *Johnson v. United States*, 135 S.Ct. 2551 (2015). (ECF No. 140). The Fourth Circuit granted authorization for this second petition, but on April 24, 2017, the petition was voluntarily dismissed. (ECF No. 143). Branch's most recent motion to vacate, relying on *Mathis v. United States*, 136 S.Ct. 2243 (2016), is therefore "second or successive," and he must obtain authorization for filing from the Fourth Circuit Court of Appeals, which he has not done. *See* 28 U.S.C. § 2255(h).

Accordingly, this motion must be denied without prejudice. The Clerk is directed to send Branch a copy of the forms to be used in requesting authorization from the Court of Appeals.

A separate Order follows.

February 11, 2019  
Date

/S/ CCB  
Catherine C. Blake  
United States District Judge